

US009395757C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (12387th)
# United States Patent
Relf

(10) Number: **US 9,395,757 C1**
(45) Certificate Issued: **Sep. 5, 2023**

(54) **AUXILIARY SCREEN MOUNTING SYSTEM**

(71) Applicant: **Dovetail Technology Ltd.**, Nottinghamshire (GB)

(72) Inventor: **Matthew James Relf**, Nottinghamshire (GB)

(73) Assignee: **Xebec, Inc.**

**Reexamination Request:**
No. 90/019,126, Nov. 1, 2022

**Reexamination Certificate for:**
Patent No.: **9,395,757**
Issued: **Jul. 19, 2016**
Appl. No.: **14/543,985**
Filed: **Nov. 18, 2014**

(30) **Foreign Application Priority Data**

Nov. 18, 2013 (GB) ...................................... 1320328

(51) **Int. Cl.**
*G06F 1/16* (2006.01)
(52) **U.S. Cl.**
CPC .......... ***G06F 1/1647*** (2013.01); ***G06F 1/1607*** (2013.01); ***G06F 1/1654*** (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/019,126, please refer to the USPTO's Patent Electronic System.

*Primary Examiner* — Patricia L Engle

(57) **ABSTRACT**

An auxiliary screen support system for a computing device has mounting members arranged to be disposed on opposing lateral sides of a primary screen of the computing device in use. A retaining member extends between the mounting members, and is configured to hold the mounting members relative to the opposing lateral sides of the primary screen. At least one mounting member is configured to bear an auxiliary screen such that the auxiliary screen is hung relative to the primary screen in use. One or both mounting members may be formed as a unitary, rigid body and may be configured to hold an auxiliary screen at a fixed obtuse angle relative to a primary screen of the computing device.



# EX PARTE REEXAMINATION CERTIFICATE

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1**, **2**, **4**, **5**, **11** and **15** is confirmed.

Claims **3**, **6**, **7**, **10**, **12**, **17** and **19** are cancelled.

Claim **16** is determined to be patentable as amended.

New claims **20-32** are added and determined to be patentable.

Claims **8**, **9**, **13**, **14** and **18** were not reexamined.

**16**. The system according to claim **1**, further comprising an auxiliary screen having a screen housing having [an] *a plurality of* engagement [formation] *formations* for mounting the auxiliary screen on the mounting member[with a fixed angular orientation], *wherein the plurality of engagement formations are at different angular orientations*.

20. *The system according to claim 1, wherein the retaining member being length adjustable to hold the plurality of mounting members relative to the opposing lateral sides of the computing device by resisting separation thereof comprises the retaining member holding the plurality of mounting members against the opposing lateral sides of the computing device by providing tension between the plurality of mounting members.*

21. *An auxiliary screen support system for a computing device, the support system comprising:*
   *a plurality of mounting members arranged to be disposed on opposing lateral sides of the computing device in use; and*
   *a retaining member, wherein:*
      *the retaining member extends between the plurality of mounting members, and is configured to hold the plurality of mounting members relative to the opposing lateral sides of the computing device,*
      *at least one mounting member is configured to bear an auxiliary screen such that the auxiliary screen is hung relative to the computing device in use, and*
      *the retaining member is length adjustable to hold the plurality of mounting members against the opposing lateral sides of the computing device by providing tension between the plurality of mounting members.*

22. *The system according to claim 21, wherein the mounting members are loosely and/or releasably mounted on a primary screen portion of the computing device.*

23. *The system according to claim 21, wherein each of the plurality of mounting members comprises an upper wall and each of the plurality of mounting members are held vertically on the computing device by abutment between the upper wall of the respective mounting member and an upper edge of the computing device.*

24. *The system according to claim 21, wherein at least one of the plurality of mounting members comprises a first portion for engagement with the computing device and a second portion depending from the first portion for bearing the auxiliary screen.*

25. *The system according to claim 24, wherein the second portion comprises a recess for engagement with a corresponding projection on the auxiliary screen.*

26. *The system according to claim 25, further comprising the auxiliary screen having a screen housing having a projection for mounting the auxiliary screen to the mounting member via the recess.*

27. *The system according to claim 24, wherein the second portion comprises a projection for engagement with a corresponding recess on the auxiliary screen.*

28. *The system according to claim 27, further comprising the auxiliary screen having a screen housing having the recess for mounting the auxiliary screen to the mounting member via the projection.*

29. *The system according to claim 21, further comprising the auxiliary screen having a screen housing having at least a first and second engagement formation for mounting the auxiliary screen on the mounting member, wherein engagement between the first engagement formation and a mounting member of the plurality of mounting members orients the auxiliary screen in a portrait view and engagement between the second engagement formation and a mounting member of the plurality of mounting members orients the auxiliary screen in a landscape view.*

30. *The system according to claim 29, wherein the first engagement formation comprises a projection configured to engage a corresponding recess on a mounting member of the plurality of mounting members.*

31. *The system according to claim 29, wherein the first engagement formation comprises a recess configured to engage a corresponding projection on a mounting member of the plurality of mounting members.*

32. *An auxiliary screen support system for a computing device, the support system comprising:*
   *a plurality of mounting members arranged to be disposed on opposing lateral sides of the computing device in use, wherein at least one of the mounting members takes the form of a bracket having a first portion for engagement with the computing device and a second portion depending from the first portion for bearing the auxiliary screen; and*
   *a retaining member, wherein:*
      *the retaining member extends between the plurality of mounting members, and is configured to hold the plurality of mounting members relative to the opposing lateral sides of the computing device,*
      *at least one mounting member is configured to bear an auxiliary screen such that the auxiliary screen is hung relative to the computing device in use, and*
      *the retaining member is length adjustable to hold the plurality of mounting members relative to the opposing lateral sides of the computing device by resisting separation thereof.*

\* \* \* \* \*