# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT7154217

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| DOVETAIL TECHNOLOGY LTD. | 01/07/2022 |

**RECEIVING PARTY DATA**

| Name: | XEBEC, INC. |
|---|---|
| Street Address: | 500 SAN MARCOS STREET |
| Internal Address: | SUITE 101 |
| City: | AUSTIN |
| State/Country: | TEXAS |
| Postal Code: | 78702 |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 9395757 |

**CORRESPONDENCE DATA**

| Fax Number: | (770)951-0933 |
|---|---|

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 7709339500 |
|---|---|
| Email: | m.meegan@thip.law |
| Correspondent Name: | THOMAS \| HORSTEMEYER, LLP |
| Address Line 1: | 3200 WINDY HILL ROAD SE |
| Address Line 2: | SUITE 1600E |
| Address Line 4: | ATLANTA, GEORGIA 30339 |

| ATTORNEY DOCKET NUMBER: | 102401-1020 |
|---|---|
| NAME OF SUBMITTER: | KENNETH A. KNOX |
| SIGNATURE: | /Kenneth A. Knox/ |
| DATE SIGNED: | 02/02/2022 |

**Total Attachments: 3**
source=102401-1020 Assignment (signed) 4880-7466-8300 v.1#page1.tif
source=102401-1020 Assignment (signed) 4880-7466-8300 v.1#page2.tif
source=102401-1020 Assignment (signed) 4880-7466-8300 v.1#page3.tif

# SHORT FORM ASSIGNMENT OF PATENTS

WHEREAS, Dovetail Technology Ltd. ("Assignor"), a company incorporated in the United Kingdom, whose principal office is at 16 Searby Road, Sutton-In-Ashfield, Nottinghamshire, NG17 5JR, United Kingdom, is the owner of all legal and equitable right, title, and interest in and to the inventions described in the following listed patent(s) and/or patent application(s) that have been or will be filed in the patent office(s) of the following identified country(ies):

| Title | Country | Patent No. | Filing Date |
|---|---|---|---|
| Auxiliary screen mounting system | US | 9395757 | 2014-11-18 |
| Auxiliary screen mounting system | GB | 2520331 | 2013-11-18 |

WHEREAS, for the purposes of this Assignment: "Patent" means, individually and collectively, any and all (a) patent(s) listed above, (b) patent(s) and patent application(s) filed anywhere in the world that claim the benefit of priority, whose benefit of priority is claimed, or share a claim of priority with, such application(s), including any foreign counterpart, non-provisional, continuation, continuation-in-part, divisional, reissue, reexamination or substitute application thereof, and (c) inventions described in, and patents issuing from, any patent(s) and patent application(s) described in clauses "(a)" or "(b)" of this paragraph; and "including" means "including, by way of example and not limitation"; and

WHEREAS, Xebec, Inc. ("Assignee"), having a place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702, United States of America, wishes to obtain all of Assignee's rights in the Patent(s) and Patent Application(s);

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor confirms that, to the extent Assignor has not already assigned all right, title and interest in the Patent(s) and Patent Application(s) to Assignee, Assignor hereby assigns and agrees as follows.

Assignor agrees to assign and hereby does assign the entire legal right, title and interest in the Patent(s) and Patent Application(s) to Assignee, including all rights and privileges and all forms of protection that may be granted anywhere in the world arising out of the filing, publication

PATENT
REEL: 058855 FRAME: 0782

or grant of the Patent(s) and Patent Application(s), including the right to seek and collect past damages. Assignor authorizes Assignee (or Assignee's designated successor(s) or assign(s) of the Patent(s) and Patent Application(s)) to apply for and obtain such protection in its own name and maintain such protection anywhere in the world, and to invoke and claim for any application for patent or other form of protection for the Patent Application(s), without further authorization from Assignor, including any right to claim the benefit of priority provided by any treaty, convention or agreement. Assignor requests that all patents issuing from the Patent Application(s), if applicable, be issued to Assignee or its successors or assigns.

Assignor hereby consents that a copy of this Assignment will be deemed a full legal and formal equivalent of any document which may be required in any country in proof of the right of Assignee to apply for patent or other form of protection for the Patent(s) and Patent Application(s) (including inventions described therein) and to claim the benefit of the right to priority.

Assignor shall, without charge to Assignee but at Assignee's expense with respect to Assignor's reasonable out-of-pocket costs (to which Assignee must consent in advance), sign and take all rightful oaths, and do all acts that Assignee deems necessary or may reasonably request, in connection with the Patent(s), Patent Application(s), or other forms of protection of the inventions described therein, and for the defense, protection, and enforcement thereof in a court of law or equity, or administrative tribunal. Unless prohibited by law, Assignor agrees not to challenge the validity or patent eligibility of any claim currently or later appearing in the Patent(s) and Patent Application(s). Assignor represents that it has not executed or assigned any agreement in conflict with this Assignment.

Assignor authorizes Assignee or its representatives to insert above, on Assignor's behalf, the filing date, patent number, and/or application number of the listed application(s) if not known or listed above as of the date of execution of this document. Assignor further authorizes Assignee to confirm its acceptance of this Assignment by adding Assignee's name and authorized signature below.

This Assignment, including any questions relating to its validity, shall be governed by the laws of England and Wales, as applicable.

SIGNED AS A DEED IN WITNESS WHEREOF, this agreement is executed and agreed to by Assignor, being signed by Assignor below.

PATENT
REEL: 058855 FRAME: 0783

| ASSIGNOR | ASSIGNEE |
|---|---|
| **DOVETAIL TECHNOLOGY LTD.** | **XEBEC, INC.** |
| By: Matthew James Relf | By: Alex Levine |
| Signature: *[signature]* | Signature: *[signature]* |
| Title: Director | Title: Chief Executive Officer |
| Date: 7th Jan 2022 | Date: 01/06/2022 |

Signed and Witnessed by
*[signature]*
Name of Witness  MATTHEW RIGLEY
Address of Witness
HIGGLOW OXMOOR ROAD
SUTTON IN ASHFIELD UK
Dated
7th Jan 2022

Signed and Witnessed by  *[signature]*
Savannah Lopez
Name of Witness
Address of Witness
1415 Whollie lane  Round Rock, TX
78664
Dated
01/06/2022

RECORDED: 02/02/2022

**PATENT
REEL: 058855 FRAME: 0784**