# IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | |
|---|---|
| **SHENZHEN DONGHONGZE TRADING CO., LTD.;**<br>**SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA**<br>**NGONGSI;**<br>**SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG**<br>**SI;**<br>**SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON**<br>**GSI;**<br>**SHENZHENSHILAIBOKEJIYOUXIANGONGSI;**<br>**SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG**<br>**SI;**<br>**SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON**<br>**GSI;**<br>**DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA**<br>**NGONGSI;**<br>**ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG**<br>**SI;**<br>**TRIPLE A INTERNATIONAL TRADING INC;**<br>**Rongbang Enterprise USA INC; and**<br>**R&T BROTHERS LLC**<br><br>Plaintiffs,<br><br>      v.<br><br>**XEBEC, INC.**<br><br>Defendant. | Civil Action No.: |

**DECLARATION OF CHEN XUE**

I, CHEN XUE, declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am the manager of an Amazon storefront (seller name "CIDETTY Electronics"; seller ID "A1H6O1WIK4G7U7") of one of the plaintiffs ("Shenzhen Donghongze Trading Co., Ltd."), which sells portable monitors to online consumers including Illinois residents.

3. Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4. On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5. In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023. in

_____Shenzhen_____. China.

Respectfully submitted,

_CHEN XUE_____

CHEN XUE

2023 / 10 / 14_____

Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.; SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA NGONGSI; SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI; SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON GSI; SHENZHENSHILAIBOKEJIYOUXIANGONGSI; SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI; SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON GSI ; DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA NGONGSI; ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG SI; TRIPLE A INTERNATIONAL TRADING INC; Rongbang Enterprise USA INC; and R&T BROTHERS LLC<br><br>Plaintiffs,<br><br>       v.<br><br>XEBEC, INC.<br><br>Defendant. | Civil Action No.: |

## DECLARATION OF HU XIAOLI

I, HU XIAOLI, declare, and state as follows:

1.  I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.  I am the manager of an Amazon storefront (seller name "Maohongsheng-US"; seller ID "A6HNH5MEZPXAA") of one of the plaintiffs ("shenzhenshimaohongshengkejiyouxiangongsi "), which sells portable monitors to online consumers including Illinois residents.

3.  Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.  On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.  After the initiation of the APEX process, we have had to cancel one or more orders placed by Illinois residents. If the APEX is granted, we will suffer more loss due to loss of sales from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of ___Octobor____, 2023, in

_____Shenzhen_____, China.


Respectfully submitted,


Hu Xiao Li
_____
HU XIAOLI


2023.10.14
_____
Date

# IN THE UNITED STATE DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

SHENZHEN DONGHONGZE TRADING CO., LTD.;
SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA
NGONGSI;
SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG
SI;
SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON
GSI;
SHENZHENSHILAIBOKEJIYOUXIANGONGSI;
SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG
SI;
SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON
GSI;
DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA
NGONGSI;
ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG
SI;
TRIPLE A INTERNATIONAL TRADING INC;
Rongbang Enterprise USA INC; and
R&T BROTHERS LLC

Civil Action No.:

Plaintiffs,

v.

XEBEC, INC.

Defendant.

**DECLARATION OF WANG WEI**

I, WANG WEI, declare, and state as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.     I am the manager of an Amazon storefront (seller name "zhaotongqianhengshangmaoyouxiangongsi"; seller ID "A1SDREI4SDVD5P") of one of the plaintiffs ("zhaotongqianhengshangmaoyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3.     Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.     On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.     In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023, in

_____Shenzhen_____, China.

Respectfully submitted,

Wang Wei
WANG WEI

2023.10.14
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.; SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIANGONGSI; SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI; SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGONGSI; SHENZHENSHILAIBOKEJIYOUXIANGONGSI; SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI; SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGONGSI ; DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIANGONGSI; ZHAOTONGQIANHENGSHANGMAOYOUXIANGONGSI; TRIPLE A INTERNATIONAL TRADING INC; Rongbang Enterprise USA INC; and R&T BROTHERS LLC | Civil Action No.: |

Plaintiffs,

v.

XEBEC, INC.

Defendant.

### DECLARATION OF SUN QUMING

I, SUN QUMING, declare, and state as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.      I am the manager of an Amazon storefront (seller name "TAISENAO-US"; seller ID "A329F627Y2ZKIM") of one of the plaintiffs ("shen zhen shi tai sen ao ke ji you xian gong si"), which sells portable monitors to online consumers including Illinois residents.

3.      Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.      On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.      In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the ____14_____ day of ____Octobor_____, 2023, in

_____Shenzhen_____, China.


Respectfully submitted,


_Sun Qu Ming_
SUN QUMING


_2023. 10. 14_
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

SHENZHEN DONGHONGZE TRADING CO., LTD.;
SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA
NGONGSI;
SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG
SI;
SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON
GSI;
SHENZHENSHILAIBOKEJIYOUXIANGONGSI;
SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG
SI;
SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON
GSI ;
DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA
NGONGSI;
ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG
SI;
TRIPLE A INTERNATIONAL TRADING INC;
Rongbang Enterprise USA INC; and
R&T BROTHERS LLC

Civil Action No.:

Plaintiffs,

v.

XEBEC, INC.

Defendant.

## DECLARATION OF LIU BO

I, LIU BO, declare, and state as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.     I am the manager of an Amazon storefront (seller name "KEFEYA US OFFICIAL"; seller ID "AAGY69TCAKMLK") of one of the plaintiffs ("dongguanshiguangliyingdianzikejiyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3.     Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.     On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.     In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023, in _____Shenzhen_____, China.

Respectfully submitted,

_Lin Bo_
_____
LIU BO

2023. 10. 14
_____
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.; SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA NGONGSI; SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI; SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON GSI; SHENZHENSHILAIBOKEJIYOUXIANGONGSI; SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI; SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON GSI; DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA NGONGSI; ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG SI; TRIPLE A INTERNATIONAL TRADING INC; Rongbang Enterprise USA INC; and R&T BROTHERS LLC | Civil Action No.: |

Plaintiffs,

       v.

XEBEC, INC.

Defendant.

## DECLARATION OF SUN LUTING

I, SUN LUTING, declare, and state as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.     I am the manager of an Amazon storefront (seller name "LAIBO US"; seller ID "A1HE3H7YCXTTQC") of one of the plaintiffs ("shenzhenshilaibokejiyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3.     Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.     On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.     In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023, in

_____Shenzhen_____, China.


Respectfully submitted,


_____Sun LuTing_____
SUN LUTING

_____2023. 10. 14_____
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **SHENZHEN DONGHONGZE TRADING CO., LTD.;** **SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA NGONGSI;** **SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI;** **SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON GSI;** **SHENZHENSHILAIBOKEJIYOUXIANGONGSI;** **SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI;** **SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON GSI;** **DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA NGONGSI;** **ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG SI;** **TRIPLE A INTERNATIONAL TRADING INC;** **Rongbang Enterprise USA INC; and** **R&T BROTHERS LLC** | Civil Action No.: |
| Plaintiffs, | |
| v. | |
| **XEBEC, INC.** | |
| Defendant. | |

## DECLARATION OF SONG JIANFENG

I, SONG JIANFENG, declare, and state as follows:

1.  I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.  I am the manager of an Amazon storefront (seller name "KasoreyUS": seller ID "A37YGMD5GVDTJ7") of one of the plaintiffs ("Shen Zhen Shi Jia Cai Li Ke Ji You Xian Gong Si"), which sells portable monitors to online consumers including Illinois residents.

3.  Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.  On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.  In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023. in

_____Shenzhen_____. China.

Respectfully submitted,

SONG JIAN FENG

SONG JIANFENG

2023 / 10 / 14

Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.;<br>SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA<br>NGONGSI;<br>SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG<br>SI;<br>SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON<br>GSI;<br>SHENZHENSHILAIBOKEJIYOUXIANGONGSI;<br>SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG<br>SI;<br>SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON<br>GSI;<br>DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA<br>NGONGSI;<br>ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG<br>SI;<br>TRIPLE A INTERNATIONAL TRADING INC;<br>Rongbang Enterprise USA INC; and<br>R&T BROTHERS LLC<br><br>Plaintiffs,<br><br>   v.<br><br>XEBEC, INC.<br><br>Defendant. | Civil Action No.: |

### DECLARATION OF XIA GONGQUAN

I, XIA GONGQUAN, declare, and state as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.     I am the manager of an Amazon storefront (seller name "WESTHOD US"; seller ID "A34W3FKE41Q7T6") of one of the plaintiffs ("shenzhenshiweidongzhixinkejiyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3.     Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.     On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.     In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that

the foregoing is true and correct.

Executed on the _____14_____ day of ____Octobor_____, 2023, in

_____Shenzhen_____, China.


Respectfully submitted,

XIA GONGQUAN
**XIA GONGQUAN**

2023. 10. 14
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| SHENZHEN DONGHONGZE.TRADING CO., LTD.;<br>SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA<br>NGONGSI;<br>SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG<br>SI;<br>SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON<br>GSI;<br>SHENZHENSHILAIBOKEJIYOUXIANGONGSI;<br>SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG<br>SI;<br>SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON<br>GSI;<br>DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA<br>NGONGSI;<br>ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG<br>SI;<br>TRIPLE A INTERNATIONAL TRADING INC;<br>Rongbang Enterprise USA INC; and<br>R&T BROTHERS LLC<br><br>Plaintiffs,<br><br>v.<br><br>XEBEC, INC.<br><br>Defendant. | Civil Action No.: |

## DECLARATION OF ZHANG PENG

I, ZHANG PENG, declare, and state as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.      I am the manager of an Amazon storefront (seller name "FICIHP"; seller ID "A2QHBY23WKIJFI") of one of the plaintiffs ("shenzhenshipenglingzhichuangkejiyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3.      Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.      On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.      In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the ____14_____ day of ____Octobor_____, 2023, in

_____Shenzhen_____, China.

Respectfully submitted,

ZHANG PENG
ZHANG PENG

2023.10.14
Date

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.; SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIA NGONGSI; SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI; SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGON GSI; SHENZHENSHILAIBOKEJIYOUXIANGONGSI; SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI; SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGON GSI; DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIA NGONGSI; ZHAOTONGQIANHENGSHANGMAOYOUXIANGONG SI; TRIPLE A INTERNATIONAL TRADING INC; Rongbang Enterprise USA INC; and R&T BROTHERS LLC | Civil Action No.: |
| Plaintiffs, | |
| v. | |
| XEBEC, INC. | |
| Defendant. | |

## DECLARATION OF STEVE

I, STEVE, declare, and state as follows:

1.     I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2.     I am the manager of an Amazon storefront (seller name "BQAA US store": seller ID "A3ZB0VPFL7KAX") of one of the plaintiffs ("Rongbang Enterprise USA INC"), which sells portable monitors to online consumers including Illinois residents.

3.     Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4.     On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5.     In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the _____14_____ day of _____Octobor_____, 2023. in

_____Shenzhen_____. China.


Respectfully submitted,


STEVE _____
STEVE


10/14/2023 _____
Date