IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.;<br>SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIANGONGSI;<br>SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI;<br>SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGONGSI;<br>SHENZHENSHILAIBOKEJIYOUXIANGONGSI;<br>SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI;<br>SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGONGSI;<br>DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIANGONGSI;<br>ZHAOTONGQIANHENGSHANGMAOYOUXIANGONGSI;<br>TRIPLE A INTERNATIONAL TRADING INC;<br>Rongbang Enterprise USA INC; and<br>R&T BROTHERS LLC<br><br>Plaintiffs,<br><br>v.<br><br>XEBEC, INC.<br><br>Defendant. | Civil Action No.: |

## DECLARATION OF SONG JIANFENG

I, SONG JIANFENG, declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am the manager of an Amazon storefront (seller name "KasoreyUS": seller ID "A37YGMD5GVDTJ7") of one of the plaintiffs ("Shen Zhen Shi Jia Cai Li Ke Ji You Xian Gong Si"), which sells portable monitors to online consumers including Illinois residents.

3. Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4. On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller choose not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5. In view of the past sales to Illinois residents, we anticipate the removal of our product listings will cause significant loss due to the foreseeable loss of profits from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the \_\_\_\_14\_\_\_\_\_ day of \_\_\_\_October_____, 2023. in _____Shenzhen_____. China.

Respectfully submitted,

*SONG JIAN FENG*
SONG JIANFENG

2023 / 10 / 14
Date