IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| SHENZHEN DONGHONGZE TRADING CO., LTD.; SHENZHENSHIPENGLINGZHICHUANGKEJIYOUXIANGONGSI; SHEN ZHEN SHI JIA CAI LI KE JI YOU XIAN GONG SI; SHENZHENSHIWEIDONGZHIXINKEJIYOUXIANGONGSI; SHENZHENSHILAIBOKEJIYOUXIANGONGSI; SHEN ZHEN SHI TAI SEN AO KE JI YOU XIAN GONG SI; SHENZHENSHIMAOHONGSHENGKEJIYOUXIANGONGSI; DONGGUANSHIGUANGLIYINGDIANZIKEJIYOUXIANGONGSI; ZHAOTONGQIANHENGSHANGMAOYOUXIANGONGSI; TRIPLE A INTERNATIONAL TRADING INC; Rongbang Enterprise USA INC; and R&T BROTHERS LLC<br><br>Plaintiffs,<br><br>v.<br><br>XEBEC, INC.<br><br>Defendant. | Civil Action No.: |

## DECLARATION OF XIAOLI HU

I, XIAOLI HU, declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am the manager of an Amazon storefront (seller name "Maohongsheng-US"; seller ID "A6HNH5MEZPXAA") of one of the plaintiffs ("shenzhenshimaohongshengkejiyouxiangongsi"), which sells portable monitors to online consumers including Illinois residents.

3. Upon information and belief, Defendant Xebec, Inc., is a company incorporated in the State of Delaware. Xebec has a principal place of business at 500 San Marcos Street, Suite 101, Austin, Texas 78702. It can be served through its registered agent at Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

4. On September 26, 2023, Defendant Xebec initiated an Amazon Utility Patent Neural Evaluation ("APEX") process against the storefronts operated by the plaintiffs. According to Amazon's rules, if a patent owner initiates an APEX process and a seller chooses not to participate in the APEX process, Amazon will remove ("de-list") the accused product listings from the Amazon Marketplace.

5. If the APEX is granted and our products are deemed as infringing the patent-in-suit, we will suffer substantial monetary damage due to loss of sales from Illinois consumers.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the ____14____ day of ____Octobor____, 2023, in ____Shenzhen____, China.

Respectfully submitted,

*XIAOLI HU*
XIAOLI HU

____2023.10.14____
Date