# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN DONGHONGZE TRADING CO., LTD., et al.

Plaintiff,

v.

XEBEC, INC.

Defendant.

Case No.: 1:23−cv−14922
Honorable John Robert Blakey

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2024:

MINUTE entry before the Honorable John Robert Blakey: Scott Amy and Andrea Nguyen's motions for leave to appear pro hac vice [16] and [17] are granted. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.