UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

SHENZHEN DONGHONGZE TRADING CO., LTD., et al.

Plaintiff,

v.

Case No.: 1:23−cv−14922
Honorable John Robert Blakey

XEBEC, INC.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 12, 2024:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiffs' motion to extend time [25], strikes the 2/21/24 Notice of Motion date, and also adopts the parties' proposed case management plan, see [24]. The Court sets initial case management dates as follows: Plaintiffs shall respond to the counterclaim by 2/26/24, and the parties shall exchange Rule 26(a)(1) and LPR 2.0 disclosures by 3/11/24 and, thereafter, follow the schedule set in the Local Patent Rules. The parties shall amend their pleadings (to add claims, parties, etc.) by 9/3/24 and file an updated status report by 9/13/24 concerning their discovery and settlement efforts here, as well as in the Texas matter. The Court encourages the parties to continue their settlement efforts and, if at any time they agree that a settlement conference with the assigned Magistrate Judge could be productive, they should call chambers to so advise. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.