## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

SHENZHEN DONGHONGZE TRADING CO., LTD., et al.

                Plaintiff,

v.

XEBEC, INC.

                Defendant.

Case No.: 1:23−cv−14922

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

    MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiffs' unopposed motion to extend time [46], strikes the 3/27/24 Notice of Motion date, and hereby extends the parties' case management dates as follows: the deadline for initial infringement contentions is extended to 4/26/24; the deadline for initial non−infringement contentions and initial non−infringement/invalidity contentions document production is extended to 5/10/24; and the deadline for responses to invalidity contentions is extended to 5/24/24. All other set dates and deadlines stand, see [28]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.