**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHEN ZHEN DONG HONG ZE TRADING CO., LTD, ET AL | |
| *Plaintiffs*, | **CASE NO.** 23-cv-14922 |
| v. | **Judge:** John Robert Blakey |
| XEBEC, INC | **Magistrate Judge:** Beth W. Jantz |
| *Defendants*. | |

## DECLARATION OF WEI WANG

I, Wei Wang, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiffs. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and if called as a witness, I could and would competently testify as follows:

2. On June 24, 2024, I served the first set of Discovery Requests to Defendant and proposed to agree to the protective order in the Local Patent Rule and Document Production Protocol Order. However, Defendant never responded to my proposal.

3. On July 6, 2024, I sent an email to Defendant's counsels and informed them that I need to reschedule the deposition for the WDTX Case because of family emergency issues and would be out of the office for days. I was out of the office for about ten days.

1

4. I did not notice Defendant's discovery requests which were sent on July 9, 2024 until received Defendant's email dated August 9, 2024. A true and correct copy of the email is attached hereto as Exhibit 1. I did not intentionally overlook Defendant's email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2024.

/s/ Wei Wang
Wei Wang
***Counsel for Plaintiff***