# Exhibit 1

RE: Shenzhen Donghongze Trading Co., Ltd., et al v. Xebec, Inc. - No. 1:23-cv-14922 - Xebec's 1st RFPs (Nos. 1-44) & 1st Interrogatories (Nos. 1-23) to Plaintiffs

Wang, Wei <wei.wang@glacier.law>

Fri 08/09/2024 12:48

To:Andrea Nguyen <a.nguyen@pkhip.com>;Lydia Burger <l.burger@pkhip.com>;Liu, Tao <Tao.Liu@glacier.law>;Men, Ruoting <ruoting.men@glacier.law>;Pan, Dandan <dandan.pan@glacier.law>;Wang, Ben <ben.wang@glacier.law>;ILND23-14922 <ilnd23-14922@glacier.law>

Cc:Scott Amy <s.amy@pkhip.com>;Litigation <litigation@pkhip.com>

Andrea,

Thank you for providing the documents. I am the primary attorney responsible for this case, and other attorneys do not check all emails related to this case. This is Plaintiff's first request for an extension, and a 2-week extension will not be prejudiced to Defendant. It is plainly not helpful if you withhold such a basic professional courtesy.

Best,

**Wei Wang | Attorney**
**Glacier Law LLP**
41 Madison Avenue, Suite 2529
New York, NY 10010
www.glacier.law
Tel: +1 (332) 777-7315
Fax: +1 (312) 801-4587
*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

---

**From:** Andrea Nguyen <a.nguyen@pkhip.com>
**Sent:** Friday, August 9, 2024 11:39 AM
**To:** Wang, Wei <wei.wang@glacier.law>; Lydia Burger <l.burger@pkhip.com>; Liu, Tao <Tao.Liu@glacier.law>; Men, Ruoting <ruoting.men@glacier.law>; Pan, Dandan <dandan.pan@glacier.law>; Wang, Ben <ben.wang@glacier.law>; ILND23-14922 <ilnd23-14922@glacier.law>
**Cc:** Scott Amy <s.amy@pkhip.com>; Litigation <litigation@pkhip.com>
**Subject:** RE: Shenzhen Donghongze Trading Co., Ltd., et al v. Xebec, Inc. - No. 1:23-cv-14922 - Xebec's 1st RFPs (Nos. 1-44) & 1st Interrogatories (Nos. 1-23) to Plaintiffs

Hi Wei:

We understand that you were tending to personal matters. However, four other attorneys from your firm were copied on our service email, which was directed to the attention of all counsel. Unfortunately, we cannot consent to an extension on these objections and responses. The discovery requests may be downloaded here:

📁 Xebec's 1st RFPs to Plaintiffs (Nos. 1-44)
📁 Xebec's 1st Rogs to Plaintiffs (Nos. 1-23)

Best,
Andrea

Andrea P. Nguyen | Partner
**Perilla Knox & Hildebrandt LLP**
5871 Glenridge Drive | Suite 350 | Atlanta, GA 30328
O: (470) 763-7051 | F: (877) 389-6779
www.pkhip.com

---

**From:** Wang, Wei <wei.wang@glacier.law>
**Sent:** Friday, August 9, 2024 10:22 AM
**To:** Andrea Nguyen <a.nguyen@pkhip.com>; Lydia Burger <l.burger@pkhip.com>; Liu, Tao <Tao.Liu@glacier.law>; Men, Ruoting <ruoting.men@glacier.law>; Pan, Dandan <dandan.pan@glacier.law>; Wang, Ben <ben.wang@glacier.law>; ILND23-14922 <ilnd23-14922@glacier.law>
**Cc:** Scott Amy <s.amy@pkhip.com>; Litigation <litigation@pkhip.com>
**Subject:** RE: Shenzhen Donghongze Trading Co., Ltd., et al v. Xebec, Inc. - No. 1:23-cv-14922 - Xebec's 1st RFPs (Nos. 1-44) & 1st Interrogatories (Nos. 1-23) to Plaintiffs

Hi Andrea,

I apologize for not noticing earlier that you had already sent the discovery request, as I was not in the office due to a family emergency during that time. Could you please advise whether you agree to a 2-week extension for Plaintiff to respond to your discovery requests? Additionally, can you resend the request? The links have expired, and I did not download the files. Sorry for the inconvenience.

Best,

**Wei Wang | Attorney**
**Glacier Law LLP**
41 Madison Avenue, Suite 2529
New York, NY 10010
www.glacier.law
Tel: +1 (332) 777-7315
Fax: +1 (312) 801-4587
*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.

---

**From:** Andrea Nguyen <a.nguyen@pkhip.com>
**Sent:** Friday, August 9, 2024 9:56 AM
**To:** Lydia Burger <l.burger@pkhip.com>; Liu, Tao <Tao.Liu@glacier.law>; Men, Ruoting <ruoting.men@glacier.law>; Pan, Dandan <dandan.pan@glacier.law>; Wang, Wei <wei.wang@glacier.law>; Wang, Ben <ben.wang@glacier.law>; ILND23-14922 <ilnd23-14922@glacier.law>
**Cc:** Scott Amy <s.amy@pkhip.com>; Litigation <litigation@pkhip.com>
**Subject:** RE: Shenzhen Donghongze Trading Co., Ltd., et al v. Xebec, Inc. - No. 1:23-cv-14922 - Xebec's 1st RFPs (Nos. 1-44) & 1st Interrogatories (Nos. 1-23) to Plaintiffs

Hi Wei:

Plaintiffs did not serve timely objections and responses to Xebec's first Rogs and RFPs, which were due yesterday. Accordingly, all Plaintiffs' objections are waived. Please provide Plaintiffs' discovery responses by

COB today; otherwise, please let us know your availability to meet and confer next Tuesday, August 13.

Best,
Andrea

Andrea P. Nguyen | Partner
**Perilla Knox & Hildebrandt LLP**
5871 Glenridge Drive | Suite 350 | Atlanta, GA 30328
O: (470) 763-7051 | F: (877) 389-6779
[www.pkhip.com](www.pkhip.com)

---

**From:** Lydia Burger <l.burger@pkhip.com>
**Sent:** Tuesday, July 9, 2024 6:10 PM
**To:** tao.liu@glacier.law; ruoting.men@glacier.law; dandan.pan@glacier.law; Wang, Wei <wei.wang@glacier.law>; Wang, Ben <ben.wang@glacier.law>; ilnd23-14922@glacier.law
**Cc:** Kopinski, Nicole <nkopinski@leydig.com>; Feng, Wallace <wfeng@leydig.com>; Scott Amy <s.amy@pkhip.com>; Andrea Nguyen <a.nguyen@pkhip.com>; Litigation <litigation@pkhip.com>
**Subject:** Shenzhen Donghongze Trading Co., Ltd., et al v. Xebec, Inc. - No. 1:23-cv-14922 - Xebec's 1st RFPs (Nos. 1-44) & 1st Interrogatories (Nos. 1-23) to Plaintiffs

Counsel:

Xebec's First Set of Requests for Production (Nos. 1-44) & First Set of Interrogatories (Nos. 1-23) to Plaintiffs may be found at the OneDrive links below.

📁 Xebec's 1st RFPs to Plaintiffs (Nos. 1-44)

📁 Xebec's 1st Rogs to Plaintiffs (Nos. 1-23)

If you have any issues accessing the links and related discovery requests, please advise.

Best regards,
Lydia

Lydia Burger | Litigation Paralegal
**Perilla Knox & Hildebrandt LLP**
5871 Glenridge Drive | Suite 350 | Atlanta, GA 30328
O: (770) 927-7802| F: (877) 389-6779
[www.pkhip.com](www.pkhip.com)