# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

SHENZHEN DONGHONGZE TRADING CO., LTD., et al.

                Plaintiff,

v.

XEBEC, INC.

                Defendant.

Case No.: 1:23−cv−14922

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

    MINUTE entry before the Honorable John Robert Blakey: The Court grants the motions for leave to appear pro hac vice filed by Blake Stovall [60] and Daria Adler [61] and grants the motion to withdraw filed by Scott P. Amy, Andrea P. Nguyen, and the law firm of Perilla Knox & Hildebrandt LLP [63] and strikes the 10/9/24 Notice of Motion date. Additionally, based upon the parties' joint status report [59], the Court sets additional case management dates as follows: the parties shall exchange claim terms needing construction (along with proposed constructions) by 10/30/24; meet and confer to agree upon no more than 10 terms for construction by 11/6/24; and complete fact discovery by 11/27/24. Plaintiffs shall file their opening claim construction brief by 12/4/24; the parties shall file their joint appendix by 12/4/24; Defendant shall file its responsive claim construction brief by 1/2/25; Plaintiffs shall file their reply claim construction brief by 1/16/25; and the parties shall submit their joint claim construction chart and joint status report by 1/23/25, including their estimates for the length of the claim construction hearing. The Court sets this matter for a claim construction hearing on 2/25/25 at 11:00 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.